IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELVIS URIEL REYES-MARTINEZ,                    :
                                               :
                                               :
                                               :
                        *Petitioner,*          :
            v.                                 :        2:26-cv-04889
                                               :
J.L. JAMISON, *et al.*                          :
                                               :
                        *Respondents.*         :

## ORDER

AND NOW, this 16th day of July 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 1), and Respondents' response thereto (Dkt. 3), it is hereby ORDERED that the Petition is GRANTED as follows:

1. The Government shall RELEASE Petitioner from custody **immediately** and certify compliance with this Court's Order by way of docket entry, no later than July 8, 2026;

2. Upon release, the Government shall return all of Petitioner's personal belongings, including identification documents;

3. The Government is permanently enjoined from re-detaining Petitioner under 8 U.S.C. § 1225(b)(2);

4. Following his release from custody the Government is temporarily enjoined from re-detaining Petitioner for 7 days under 8 U.S.C. § 1226(a);

1

5.  If the Government chooses to re-detain Petitioner under 8 U.S.C. § 1226(a) after the above mentioned 7-day period, it must provide him with a timely bond hearing so that an appropriate tribunal may assess whether he poses a danger to the community or a flight risk.

6.  In the event of such bond hearing, the Government SHALL NOT remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania.  If, after a bond hearing, it is determined that Petitioner is a danger to the community or a flight risk and that continued detention is proper, the Government may request permission of the Court to move Petitioner if unforeseen or emergency circumstances so require. Any such request must include an explanation for the request as well as the proposed destination.[1]

7.  Petitioners Motion to appoint counsel is hereby dismissed as moot.

Petitioner may move to reopen this matter for any violations of this Order.

BY THE COURT:

GAIL A. WEILHEIMER,  J.

---

[1]    For the reasons repeatedly cited by this Court and other Courts in this District, the appropriate habeas remedy in this matter is release.